# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2786

_____

Phillip D. McFarland,                    *
                                         *
                    Appellant,           *
                                         *    Appeal from the United States
        v.                               *    District Court for the
                                         *    Southern District of Iowa.
State of Iowa,                           *
                                         *        [UNPUBLISHED]
                    Appellee.            *

_____

Submitted: September 7, 2005
Filed: October 10, 2005

_____

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Phillip McFarland appeals the district court's[1] denial of his 28 U.S.C. § 2254 petition. The district court granted a certificate of appealability limited to the issue whether defense counsel should have requested a jury instruction regarding the common law right to bounty hunt. We affirm for the reasons explained by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.